| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000  FAX (951) 826-8090<br><br><br><br><br>Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE<br><br>Mark A. Lelong<br><br><br><br><br>                    DEBTOR | **CHAPTER 13**<br>CASE NO. **6:26-bk-12804-RB**<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7**<br><br>**341A DATE/TIME:  May 20, 2026  10:00 am**<br>**CONF DATE/TIME: June 18, 2026  2:00 pm**<br>**3420 Twelfth St.**<br>**Courtroom: 301**<br>**Riverside, CA 92501** |
|---|---|

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.  Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).

2.  Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).

3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11 U.S.C. §521(3).

FG:243 - 05/20/2026 - JD

4.  Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial 341(a) meeting of creditors.

WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a 180-day bar to re-filing, or converting the case to chapter 7, if appropriate.

DATED: May 20, 2026                                            /s/ Rod Danielson
                                                                    Chapter 13 Trustee

FG:243 - 05/20/2026 - JD

**ATTACHMENT A -** LELONG - 6:26-bk-12804-RB

### Declaration of Rod Danielson in Support For Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

| Trustee's Objections | Legal Statutory Basis for Objection | Trustee's Action/Documentation/ Amendment Requested | Deadline |
|---|---|---|---|
| Debtor testified he has not filed his 2022 - 2025 Federal and State tax returns. | LBR 3015-1(c)(3), 11 USC 521(e)(2)(A) and (B), 11 U.S.C. 11 USC §1308(a). | Provide 2022 thru 2025 Federal and State tax returns. | |
| The Franchise Tax Board was not served with the Notice of Hearings and Plan. | LBR 3015-1(b)(3) and FRBP 3015(d). | Serve FTB with the Notice of Hearings and Plan. | |
| No DSO/TAX declaration was filed, using mandatory form 3015-1.08. | | File declaration. | |
| No Proof of income for Debtor's spouse was provided before the 341(a). | 11 USC 521(a)(1)(B)(4), 11 USC 521(a)(3), LBR 3015-1(c)(3). | | |
| Business reporting requirements for self-employed Debtors were not complied with. | LBR 3015-1(c)(4) and (c)(5). | Need 6 mos of personal & business bank account stmts and 6 mos of business expense stmts to support income on line 8.a. of Schedule I. | |

FG:243 - 05/20/2026 - JD

I declare under penalty of perjury that the foregoing is true and correct.  Signed and dated at Riverside, California on 05/20/2026.

/s/ Rod Danielson
Chapter 13 Trustee

| In re:   **MARK A. LELONG** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number:<br>**6:26-bk-12804-RB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR  5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING  ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **05/20/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee: ustpregion16.rs.ect@gov.com**

**wdmlaw17@gmail.com**

☐ Service Information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On **05/20/2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing to the judge  will be completed no later than 24 hours after the document is filed.

Debtor
MARK A. LELONG
240 NORTH DART CANYON
ROAD
CRESTLINE, CA  92325

HONORABLE MAGDALENA
REYES BORDEAUX
3420 TWELFTH ST, SUITE 365
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served ): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____05/20/2026_____ | _____/s/ Susan Jones_____ |
|---|---|
| Date | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG: 243 - JD
June 2012

**F 9013-3.1.PROOF.SERVICE**

FG:243 - 05/20/2026 - JD